```
               FILED        LODGED
               RECEIVED     COPY

               FEB 27 2018

          CLERK U S DISTRICT COURT
            DISTRICT OF ARIZONA
          BY_____ DEPUTY
```

**REDACTED FOR PUBLIC DISCLOSURE**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>1. Loren McReynolds,<br>　　Counts 1-4 and 7-12<br><br>2. Starleigh Rhodes,<br>　　Counts 5 and 6<br><br>　　　　　Defendants. | CR-18-08052-PCT-DGC (BSB)<br>**INDICTMENT**<br><br>VIO:　18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>(Possession of Firearm or Ammunition by Convicted Felon)<br>Counts 1 and 12<br><br>16 U.S.C. § 1338(a)(3)<br>(Maliciously Causing Death or Harassment of Wild Burro)<br>Counts 2 and 3<br><br>16 U.S.C. §§ 3372(a)(1), 3372(a)(4), 3372(c), and 3373(d)(1)(B)<br>(Lacey Act Violation)<br>Count 4<br><br>18 U.S.C. §§ 922(d)(1) and 924(a)(2)<br>(Sale or Disposal of Firearm to Convicted Felon)<br>Count 5<br><br>18 U.S.C. § 924(a)(1)(A)<br>(False Statement in Firearm Purchase)<br>Count 6<br><br>31 U.S.C. § 5324(a)(3)<br>(Structuring to Evade Reporting Requirements)<br>Counts 7 and 8<br><br>16 U.S.C. §§ 3372(a)(1) and 3373(d)(1)(B)<br>(Lacey Act Violation)<br>Counts 9 and 11 |

|  | 16 U.S.C. § 3372(a)(1) and 3373(d)(2)<br>(Lacey Act Violation)<br>Count 10<br><br>16 U.S.C. § 3374, 18 U.S.C. §§ 924(d), 981 and 982, 28 U.S.C. § 2461(c), and 31 U.S.C. § 5317<br>(Forfeiture Allegation) |
|---|---|

THE GRAND JURY CHARGES:

### COUNT 1

Between on or about November 12, 2016 and January 13, 2017, in the District of Arizona, defendant, LOREN MCREYNOLDS, having been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm (to wit: Remington Model 700 .260 caliber rifle) and ammunition (to wit: .260 REM ammunition containing head-stamp HORNADY 260 REM and .260 REM ammunition containing head-stamp NOSLER 260 REM).

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT 2

On or about January 10, 2017, in the District of Arizona, defendant, LOREN MCREYNOLDS, maliciously caused the harassment of a wild burro.

In violation of Title 16, United States Code, Section 1338(a)(3).

### COUNT 3

On or about January 11, 2017, in the District of Arizona, defendant, LOREN MCREYNOLDS, maliciously caused the death and harassment of a wild burro.

In violation of Title 16, United States Code, Section 1338(a)(3).

### COUNT 4

Between on or about April 5, 2016 and January 13, 2017, in the District of Arizona, defendant, LOREN MCREYNOLDS, did knowingly sell and attempt to sell wildlife by offering and providing guiding, outfitting, and hunting services exceeding $350.00, knowing said services were sold and conducted in violation of Title 36, Code of Federal Regulations, Section 261.10(c).

In violation of Title 16, United States Code, Sections 3372(a)(1), 3372(a)(4), 3372(c), and 3373(d)(1)(B).

## COUNT 5

Between on or about November 12, 2016 and January 13, 2017, in the District of Arizona, defendant, STARLEIGH RHODES, knowingly disposed of a firearm (to wit: Remington Model 700 .260 caliber rifle) to Loren McReynolds, knowing and having reasonable cause to believe that Loren McReynolds had been convicted of a crime punishable by imprisonment for a term exceeding one year.

In violation of Title 18, United States Code, Sections 922(d)(1) and 924(a)(2).

## COUNT 6

On or about November 12, 2016, in the District of Arizona, defendant, STARLEIGH RHODES, knowingly made a false statement and representation to Sportsman's Warehouse, located at 19205 N. 27th Ave. Phoenix, AZ 85027, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required to be kept in the records of Sportsman's Warehouse, in that STARLEIGH RHODES did execute a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearm Transaction Report, stating that she was the actual buyer/transferee of the firearm being purchased, when in truth and fact she was purchasing the firearm for Loren McReynolds.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 7

Between on or about April 2, 2013 and August 27, 2013, in the District of Arizona, defendant, LOREN MCREYNOLDS, knowingly and for the purpose of evading the reporting requirements of Section 5313(a) or Title 31, United States Code, and the regulations promulgated thereunder, structured, assisted in structuring, and attempted to structure currency into accounts at a domestic financial institution, Arizona Central Credit Union.

In violation of Title 31, United States Code, Sections 5324(a)(3).

**COUNT 8**

On or about July 5, 2016, in the District of Arizona, defendant, LOREN MCREYNOLDS, knowingly and for the purpose of evading the reporting requirements of Section 5313(a) or Title 31, United States Code, and the regulations promulgated thereunder, structured, assisted in structuring, and attempted to structure currency into accounts at a domestic financial institution, Arizona Central Credit Union.

In violation of Title 31, United States Code, Sections 5324(a)(3).

**COUNT 9**

Between on or about March 3, 2013 and April 3, 2016, in the District of Arizona, defendant, LOREN MCREYNOLDS, did knowingly transport, receive, and acquire wildlife (to wit: elk antlers), which had a value exceeding $350.00 and which had been taken, possessed, and transported from the Grand Canyon National Park in violation of Title 36, Code of Federal Regulations, Section 2.1(a)(1)(i).

In violation of Title 16, United States Code, Sections 3372(a)(1) and 3373(d)(1)(B).

**COUNT 10**

On or about November 7, 2015, in the District of Arizona, defendant, LOREN MCREYNOLDS, did knowingly transport, receive, and acquire wildlife (to wit: a sheep skull), which had been taken, possessed, and transported from the Lake Mead National Recreation Area in violation of Title 36, Code of Federal Regulations, Section 2.1(a)(1)(i).

In violation of Title 16, United States Code, Sections 3372(a)(1) and 3373(d)(2).

**COUNT 11**

On or about September 3, 2013, in the District of Arizona, defendant, LOREN MCREYNOLDS, did knowingly transport, receive, and acquire wildlife (to wit: a deer), which had a value exceeding $350.00 and which had been taken, possessed, and transported from the Grand Canyon National Park in violation of Title 36, Code of Federal Regulations, Section 2.1(a)(1)(i), and Title 36, Code of Federal Regulations, Section 2.2(a)(1).

In violation of Title 16, United States Code, Sections 3372(a)(1) and 3373(d)(1)(B).

## COUNT 12

On or about September 7, 2017, in the District of Arizona, defendant, LOREN MCREYNOLDS, having been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm (to wit: Bushmaster Model XM15-E2S 5.56mm caliber rifle) and ammunition (to wit: .223 Rem ammunition with head-stamp "LC 15", .223 Rem ammunition with head-stamp ".223 REM BPZ", and .22LR ammunition with head-stamp "Rem").

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1 through 12 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 16, United States Code, Section 3374, Title 18, United States Code, Sections 924(d), 981 and 982, Title 28, United States Code, Section 2461(c), and Title 31, United States Code, Section 5317, and upon conviction of one or more of the offenses alleged in Counts 1 through 12 of this Indictment, the defendant(s) shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including, but not limited to the following property involved and used in the offense:

(1) Remington Model 700 .260 caliber rifle;

(2) 21 rounds of ammunition seized on January 13, 2017;

(3) Bushmaster Model XM15-E2S 5.56mm caliber rifle;

(4) 1,125 rounds of ammunition seized on September 7, 2017;

(5) Sheep skull seized on September 7, 2017;

(6) Shoulder mount of deer seized on September 7, 2017.

If any of the above-described forfeitable property, as a result of any act or omission

of the defendants:

  (1) cannot be located upon the exercise of due diligence;

  (2) has been transferred or sold to, or deposited with, a third party;

  (3) has been placed beyond the jurisdiction of the court;

  (4) has been substantially diminished in value; or

  (5) has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States to seek forfeiture of any other property of the defendants, up to the value of the above-described forfeitable property, pursuant to Title 16, United States Code, Section 3374, Title 18, United States Code, Sections 924(d), 981 and 982, Title 28, United States Code Section 2461(c), and Title 31, United States Code, Section 5317.

All in accordance with Title 16, United States Code, Section 3374, Title 18, United States Code, Sections 924(d), 981 and 982, Title 28, United States Code Section 2461(c), Title 31, United States Code, Section 5317, and Rule 32.2, Federal Rules of Criminal Procedure.

                A TRUE BILL

                *s/*
                FOREPERSON OF THE GRAND JURY
                Date:  February 27, 2018

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona


*s/*
ALEXANDER W. SAMUELS
Assistant U.S. Attorney